FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 19 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
        Plaintiff, )
        vs. )
**ROBERT GARCIA**, )
        Defendant. )

CRIMINAL NO. 12-534

Counts 1-2: 18 U.S.C. § 1708: Possession of Stolen Mail Matter.

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 3, 2008, in Bernalillo County, in the District of New Mexico, the defendant, **ROBERT GARCIA**, did unlawfully have in his possession a USAA credit card # xxxx-xxxx-xxxx-0508, in the name of K.H., a person known to the Grand Jury, which had been stolen, taken, and abstracted from a mail receptacle, which was an authorized depository for mail matter, knowing the said credit card to have been stolen, taken, and abstracted from an authorized depository for mail matter.

In violation of 18 U.S.C. § 1708.

### Count 2

On or about April 18, 2008, in Bernalillo County, in the District of New Mexico, the defendant, **ROBERT GARCIA**, did unlawfully have in his possession a Target gift card # xxxxxxxxxx3479, which had been stolen, taken, and abstracted from a mail receptacle, which was an authorized depository for mail matter, knowing the said gift card to have been stolen, taken, and abstracted from an authorized depository for mail matter.

In violation of 18 U.S.C. § 1708.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
03/09/12 1:56pm

CERTIFIED a True Copy of the
original filed in the office
of the Clerk
by _____
Deputy

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Robert Garcia<br>*Defendant* | ) ) ) ) ) ) Case No. 12CR534 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Garcia
who is accused of an offense or violation based on the following document filed with the court:

x Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2: 18 U.S.C. § 1708: Possession of Stolen Mail Matter.

Date: March 15, 2012

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*